AO91 (Rev 12/03)    Criminal Complaint                                                          AUSA  P. Warner

# UNITED STATES DISTRICT COURT

Southern District of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Tannaz HEMMATINEJADFARAHANI  
IAE  
IRAN 1991

Case Number: 7:25-po-01136

United States Courts  
Southern District of Texas  
FILED  
**April 9, 2025**  
Nathan Ochsner, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 8, 2025** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Tannaz HEMMATINEJADFARAHANI was encountered by Border Patrol Agents near Fronton, Texas, on April 8, 2025. When questioned as to her citizenship, defendant stated that she was a citizen and national of IRAN, who had entered the United States illegally on April 8, 2025 by crossing the Rio Grande River near Fronton, Texas.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Laureano Cantu  
Signature of Complainant

Border Patrol Agent Laureano Cantu  
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

April 9, 2025 at 7:17 p.m.                    at     McAllen, Texas  
Date                                                      City/State

J. Scott Hacker            Magistrate Judge  
Name of Judge              Title of Judge                            Signature of Judge